AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | )   |
|---|---|
| v. | ) Case: 1:23-mj-00005 |
| ETHAN AARON BRAY (AKA: ETHAN BRAY) | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 1/10/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
|  | ) |
| *Defendant* |  |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ETHAN AARON BRAY (AKA: ETHAN BRAY),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

ETHAN AARON BRAY:
18 U.S.C. § 231(a)(3) (Obstruction of Law Enforcement During Civil Disorder)
18 U.S.C. § 1752(a)(1) (Knowingly Entering or Remaining in any Restricted Building or Grounds without Lawful Authority) and (2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds without Lawful Authority)
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building) and (G) (Parading, Demonstrating, or Picketing in a Capitol Building)

Date: 01/10/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.01.10 16:39:49 -05'00'

*Issuing's signature*

City and state:   Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/8/23, and the person was arrested on *(date)* 6/8/23
at *(city and state)* BLUE SPRINGS, MS.

Date: 6/8/23

*Arresting officer's signature*

SA D. BLUNT
*Printed name and title*